FILED

APR 2 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 1305 WQH |
| ) | |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| ) | Title 8, U.S.C., Sec. 1325 - |
| JUAN VICTOR ZAMORA, ) | Illegal Entry (Felony); |
| ) | Title 8, U.S.C., Sec. 1325 - |
| Defendant. ) | Illegal Entry (Felony) |
| ) | |

The United States Attorney charges:

Count 1

On or about ___Aug 2005___, within the Southern District of California, defendant JUAN VICTOR ZAMORA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

WDK:psd:San Diego
4/7/08

## Count 2

On or about _Sept 2005_, within the Southern District of California, defendant JUAN VICTOR ZAMORA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

## Count 3

On or about March 29, 2008, within the Southern District of California, defendant JUAN VICTOR ZAMORA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: _April 24, 2008_.

KAREN P. HEWITT
United States Attorney

_/s/ Douglas Keehn_
DOUGLAS KEEHN
Assistant U.S. Attorney