# MINUTES OF THE UNITED STATES DISTRICT COURT

**FILED**
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

USA v.   JUAN VICTOR ZAMORA   [1]   08CR1305-WQH

[]                                    []

The Honorable:   RUBEN B. BROOKS

Atty   F.D BY JAMES CHAVEZ   for   [1]   -   PDA

Atty   _____   for   []   -

Atty   _____   for   []   -

RBB08-1:1059-1100    (Imm)

GVT'S ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE - GRANTED.

ALL PENDING DATES VACATED

Date:   08/15/08

END OF FORM                              by   VTL