**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2008 AUG 21 AM 8:74
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

FILED
2008 AUG 18 PM 3:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN VICTOR ZAMORA

    Defendant.

CASE NO. 08CR1305-WQH

**JUDGMENT OF DISMISSAL**
(Rule 48, F.R.Crim.P.)

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) of: <u>as charged in the Information</u>.

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: AUGUST 15, 2008

_____
RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgement of Dismissal ~~Judgement and Commitment~~ on 8/19/08

United States Marshal

By: _____
USMS Criminal Section

ENTERED ON _____